AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALLACE, J. CLIFFORD | UNITED STATES COURT OF APPEALS NINTH CIRCUIT | MAY 14, 2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CIRCUIT JUDGE SENIOR STATUS | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | JANUARY 1, 2009 to DECEMBER 31, 2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE 940 FRONT STREET, #4192 SAN DIEGO, CALIFORNIA 92101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SEE ATTACHMENT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Wallace, J. Clifford

Wallace, J. Clifford                                Date of Report May 14, 2010

Financial Disclosure Report for 2009


I:      Positions


Member of Executive                     International Organization
Committee/Board of Governors            For Judicial Training


Senior Advisor on Legal Systems         The Asia Foundation
and Judicial Administration


Advisor                                 Thailand Judicial Training Institute


Member                                  ABA Asia Law Initiative Council


Member                                  Council of Visitors of
                                        California Western School
                                        of Law


Member                                  William H. Rehnquist Center's National
                                        Board of Academic Advisors


Member                                  ABA-UNDP Advisory Committee

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | MAY 14, 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[x] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[x] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHMENT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

Wallace, J. Clifford
Financial Disclosure Report for 2009
IV.    Reimbursements

Date May 14, 2010

| | Source | Description |
|---|---|---|
| 1. | Federalist Society/Hastings San Francisco, CA | Food Expense 1/14/2009 |
| 2. | USAID-DAI/Vietnam Hanoi/Ho Chi Minh | Transportation, Food, Lodging Expenses 2/12-28/2009 |
| 3. | Supreme Court Bangkok Thailand | Transportation, Food, Lodging Expenses 2/28-3/6/2009 |
| 4. | High Court Jerusalem Tel Aviv | Transportation, Food, Lodging Expense 5/14-23/2009 |
| 5. | USAID/Romania- Bucharest, Chisinau - Moldova Sofia, Bulgaria | Transportation, Food, Lodging  Expense 5/29 - 6/11/2009 |
| 6. | ABA Committee Chicago | Transportation, Food, Lodging Expenses 8/1-2/2009 |
| 7. | University of Adelaide/other Australian Funds | Transportation, Food, Lodging Expenses 8/13-18, 2009 |
| 8. | Federalist Society/University of Utah | Food Expense 10/2/2009 |
| 9. | BYU/Religious Conference Salt Lake City, Utah | Transportation, Food, Lodging  Expenses 10/1-7/2009 |
| 10. | BYU/Chinese Delegation Visit - Washington D.C. | Transportation, Food, Lodging Expenses    10/18-21/2009 |
| 11. | Federalist Society/McGeorge University/Sacramento | Transportation, Food Expense 11/18/2009 |

12.    International Organization          Transportation, Food, Lodging Expenses
       for Judicial Training
       Sydney, Australia                  10/22-30/2009

13.    The Asia Foundation/Starr          Transportation, Food, Lodging Expenses
       Ho Chi Minh, Hanoi - Vietnam       11/7-13/2009

14.    George Mason University            Food Expense
       La Jolla, California

15.    McGeorge University                Transportation, Food Expenses
       Sacramento, California             11/18/2009

16.    American Bar Association            Transportation, Food Expenses
       Seattle, Washington                12/10/2009

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | MAY 14, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | MAY 14, 2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Union Transwest Credit | B | INT | N | T | | | | | |
| 2. Changing Parameters | A | NONE | O | T | | | | | |
| 3. (annuity) Changing Parameters | | None | M | T | Buy | 2009 1/7/ | J | | Purchased part of ▓▓▓▓ annuity) |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | MAY 14, 2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Attached are copies of letters which I received from Judge Pratt dated July 31, 1990, and of my response thereto dated August 30, 1990, and from Judge Julian Cook Jr., dated October 21, 1991, and of my response thereto dated November 20, 1991.

[illegible letterhead]

August 30, 1988

Honorable John H. Pratt
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C. 20544

Dear Judge Pratt:

I have reviewed your letter dated July 31, 1988. You raise two questions pertaining to my status as Senior Advisor on Legal Systems and Judicial Administration for The Asia Foundation.

Your first question asks for information about the "nature" of The Asia Foundation. The Asia Foundation is a private American non-profit organization incorporated under the laws of the State of California. For over 30 years it has been assisting institutions, organizations, and individuals in Asia and the Pacific in ways that contribute to their development, and to the long-term foreign policy interests of the American people. A principal emphasis in the Foundation's program is the promotion of legal institutions and procedures that provide safeguards for the protection of human rights of citizens of countries in Asia and the Pacific.

Your second question asks for information about "the nature of the functions" that I perform. Primarily, I consult judges and others in Asia and advise The Asia Foundation programs to improve the administration of justice in Asian countries. At times, I also give lectures or teach while in [Asia].

You have kindly called to my attention the proscriptions of the Code. I do not believe my service to The Asia Foundation violates the Code.

Very truly yours,

J. Clifford Wallace

[illegible] Esq.

Honorable J. Clifford Wallace
United States Court of Appeals
225 United States Courthouse
940 Front Street
San Diego, California 92189

AUG 3 1990

Dear Judge Wallace:

This committee reviews Financial Disclosure Reports. A committee member has reviewed your 1989 Report and has commented the following:

You have reported in part I, "Position," that you are a [illegible] Advisor on Legal Systems and Judicial Administration of Asia Foundation. The nature of that entity and the extent of functions that you perform in connection with it cannot be [obtained] from the entry in your report. It is clear, nevertheless, that you receive substantial non-investment income [from] the organization. Your attention is invited to the [provi]sions of Canon 5 of the Code of Conduct for United States [Judges], as well as to Advisory Opinions 10, 30 and 62.

[Because] your position in this organization may conflict with [Code] of Conduct, it is requested that you furnish the [Committee] with additional information reconciling your position [with] proscriptions of the Code.

Section VII, line 9, the value code used is incorrect. [Mone]tary ranges for the applicable value codes (J-P) are set [at] the end of Section VII on the Report form. In future [years] please use the proper codes.

[May] we have a response within 30 days, in three copies, with [a copy to] the clerk of your court, with the information requested. [Thank you] for your cooperation.

Sincerely,



John [illegible] Frank
Chairman

November 20, 1991

Honorable Julian Abele Cook, Jr.
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C. 20544

Dear Judge Cook:

I have reviewed your letter dated October 21, 1991, pertaining to my 1990 Financial Disclosure report.

Section IV, lines 3 and 5 - transportation, food, and lodging received from the Liberty Fund and the Anglo/American Exchange:

Liberty Fund - this is a tax-exempt, private operating foundation established to encourage study of the idea of a society of free and responsible individuals. It conducts conferences (for people from all walks of life), publishes books, and produces films. ████████ and I were invited to attend. This program was entitled "Law, Liberty, and Responsible Individuals." They paid our transportation, food, and lodging while we attended the conference, and I assume they did this for every participant.

Anglo/American Exchange - I was selected by Chief Justice Rehnquist to be part of the American team of judges at this event, which occurs every three to four years. It is a well-known conference. I do not know the source of the money, but I am sure that Chief Justice Rehnquist, or Justice O'Connor team leader, could enlighten you. Do you wish further information?

Section VII, line 2, Subsection D, line 8: This home not purchased for investment purposes or for production of income. This is a second personal home. Because I was not sure whether or not it should be in the report, I decided to include it to be on the safe side. I will not include it in the future.

Very truly yours,



██████ Sellers

Judicial Conference
of the
United States

Julian Abele Cook Jr., Chairman

Howard C. Bratton
Dickinson R. Debevoise
Leonard I. Garth
Thomas W. Gilmore
Carolyn Dineen King
 ... K. Iacura
... Lifile, Jr.

Alan B. Lourie
Frank J. Magill
James B. Moran
Robert E. Propst
Norman P. Ramsey
Eugene A. Wright

811 Vermont Avenue, NW
Washington, DC  20544

(202) 785-705.
FTS 785-7055
FAX 785-6.....

JUL 21 1990

Honorable J. Clifford Wallace
Chief Judge, United States
Court of Appeals
...25 United States Courthouse
    Front Street
    ... Diego, California  92189

... Judge Wallace:

This Committee reviews Financial Disclosure Reports.  A
... mittee Member has reviewed your 1989 Report and has commented
the following:

In Section IV, lines 3 and 5, you have reported gifts of
... sportation, food and lodging received from the Liberty Fund
... the Anglo/American Exchange.  Please provide additional
... mation regarding the sources and circumstances of the gifts.

... Section VII. line 8, Schedule D, you included the
... Real property which is held as an
... or for the production of income should be listed in
... ions (A-C) to disclose its description (city ... county and
... in which the property is located), income and value.  In
... at this is a second personal residence or a non-investment
... , you are not required to disclose any information.
... provide the Committee with clarification of your interest
... property.

... we have a response within 30 days, in three copies, with
... mation requested.  Thank ... for your cooperation.



Sincerely,

Julian Abele Cook, Jr.
Chairman

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | MAY 14, 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544